1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PAUL ADAMS, | ) Case No. ED CV 14-00607-SJO (PJW) |
|---|---|
| Plaintiff, | ) ORDER ACCEPTING REPORT AND |
| | ) ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) AND RECOMMENDATIONS OF UNITED |
| | ) STATES MAGISTRATE JUDGE |
| B. ROE, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that the motion to dismiss Plaintiff's First Amended Complaint be granted with prejudice as to all claims

1  except for the claims relating to the 2015 incidents outlined in
2  Section F of the Report and Recommendation.

4       DATED:     <u>November 2, 2016</u>.

                                    _____
                                    S. JAMES OTERO
                                    UNITED STATES DISTRICT JUDGE

C:\Users\vcruz\AppData\Local\Temp\notesC7A056\Order accep r&r MTD FAC.wpd