JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS, | CASE NO. ED CV 14-0607-SJO (PJW) |
| Plaintiff, | |
| v. | J U D G M E N T |
| B. ROE, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

DATED: November 2, 2016.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Users\vcruz\AppData\Local\Temp\notesC7A056\~0168412.wpd